

**FILED**

*8:14 am, 3/28/25*

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

                *Plaintiff,*

v.

ROCK SPRINGS-SWEETWATER
COUNTY AIRPORT BOARD, and
DEVON BRUBAKER, in his official
capacity as the Director of Southwest
Wyoming Regional Airport

                *Defendants.*

Case No. 2:24-cv-00118-KHR

## ORDER TO DISMISS

WHEREAS, on June 21, 2022, People for the Ethical Treatment of Animals (PETA) sought to place an advertisement at Southwest Wyoming Regional Airport (SWRA) and such advertisement was rejected on June 24, 2022.

WHEREAS, PETA has alleged that Defendants' rejection of the advertisement as shown in Paragraph 22 of PETA's Complaint (ECF No. 1) (the "Proposed Advertisement") violated PETA's rights under the First and Fourteenth Amendments of the United States Constitution. Defendants have denied the allegations in Plaintiff's Complaint in their Answer (ECF No. 21).

WHEREAS, the parties have now reached a resolution as to all disputes set forth in the Complaint.

WHEREAS, the parties firmly support the First Amendment and free speech rights of all speakers under applicable law.

IT IS HEREBY ORDERED, this 28th day of March, 2025, by the United States District Court for the District of Wyoming, that:

- 2 -

1. Defendants shall run PETA's Proposed Advertisement on the same terms offered to other advertisers at Southwest Wyoming Regional Airport.

2. Defendants shall consider PETA advertising on the same terms offered to other advertisers at Southwest Wyoming Regional Airport.

3. This action is hereby dismissed with prejudice.

_____
Kelly H. Rankin
United States District Judge